# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

September 29, 2023

**By ECF and Email**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/23

      Re:    *United States v. Jason Crosby*
              23 Cr. 256 (ALC)

Dear Judge Carter:

      I represent Jason Crosby in the above-referenced matter. He is currently scheduled to be sentenced on October 19, 2023. I write to respectfully request a short extension to file our sentencing submission, from October 5 to October 9, 2023. We hope that an extension would provide sufficient time to obtain additional records for the Court's consideration at sentencing. We do not seek an adjournment of the sentencing date, and the government consents to this request. Accordingly, it is respectfully requested that the date for defense submissions be extended to October 9th. We greatly appreciate the Court's time and consideration of this matter.

                               Respectfully submitted,

                               Michael D. Bradley, Esq.
                               Counsel for Mr. Crosby

cc:     AUSA Jaclyn Delligatti (*via ECF and email*)

The application is ✓ granted.
~~denied.~~

Andrew L. Carter Jr, U.S.D.J.
Dated: October 3, 2023
NY, New York