USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-19-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

JASON CROSBY,

       Defendant.

------------------------------------------------------------------ x

23-CR-256 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing scheduled for today October 19, 2023 is adjourned to **October 24, 2023** at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
    October 19, 2023

           _____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**